

**U. S. Department of Justice**

**George E. B. Holding**
United States Attorney
Eastern District of North Carolina

Clerk

*Terry Sanford Federal Building*
*310 New Bern Avenue*
*Suite 800*
*Raleigh, North Carolina 27601-1461*

*Telephone (919) 856-4530*
*Criminal FAX (919) 856-4487*
*Civil FAX (919) 856-4821*
*www.usdoj.gov/usao/nce*

## RELATED CASE MEMORANDUM

DATE:      March 9, 2010

TO:        Clerk's Office
           United States District Court
           Raleigh, North Carolina

FROM:      JOHN S. BOWLER
           Assistant United States Attorney
           Criminal Division

SUBJECT:   United States v. Gary Jackson et al.

           Docket No. 2:10-CR-8-1 - Northern Division
           Docket No. 2:10-CR-8-2 - Northern Division
           Docket No. 2:10-CR-8-3 - Northern Division
           Docket No. 2:10-CR-8-4 - Northern Division
           Docket No. 2:10-CR-8-5 - Northern Division

   The above-named case is being presented for Indictment on March 10, 2010. The Indictment charges Defendants Jackson, Mathews, Howell, Slezak and Bundy, with conspiracy to violate firearm laws (18 U.S.C. 371). Other charges within the Indictment are 18 U.S.C. 924(a) (False Statement and Representation); 18 U.S.C. 922(a)(6) (False Statement to Acquire Automatic Firearms); 18 U.S.C. 922(o)(1) (Illegal Possession of Automatic Firearms); 26 U.S.C. 5861(d) (Possession of Unregistered Firearms); and 18 U.S. C. 1512(b)(20(B) Obstruction of Justice.

   Previously filed Criminal Informations, <u>United States v. Kenneth Cashwell</u>, Docket No. 2:06-CR-19-FL, and <u>United States v. William Grumiaux</u>, Docket No. 2:06-CR-20-FL, arose out of the same factual background, that is, the same corporate setting, the same time frame, and the same general factual environment, i.e., the handling of firearms by a particular defense contractor. Substantial duplication of labor would be required if these cases were heard by different judges.

Reviewed and approved by: _____
                          JOHN STUART BRUCE
                          First Assistant U.S. Attorney