

U. S. Department of Justice

United States Attorney
Eastern District of North Carolina

*Terry Sanford Federal Building*  *Telephone (919) 856-4530*
*310 New Bern Avenue*  *Criminal FAX (919) 856-4487*
*Suite 800*  *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601-1461*  *www.usdoj.gov/usao/nce*

### MEMORANDUM

DATE:  March 9, 2010

REPLY TO  GEORGE E. B. HOLDING, United States Attorney
ATTN OF:  JOHN S. BOWLER
  Assistant United States Attorney

SUBJECT:  United States v. Gary Jackson et al.

  No. 2:10-CR-8-1  - Northern Division

  No. 2:10-CR-8-2  - Northern Division

  No. 2:10-CR-8-3  - Northern Division

  No. 2:10-CR-8-4  - Northern Division

  No. 2:10-CR-8-5  - Northern Division

TO:  Clerk
  United States District Court
  Eastern District of North Carolina
  Raleigh, North Carolina

  United States Probation Office
  Raleigh, North Carolina

Please issue warrants for the above-named defendants and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office.

Detention will not be requested. The Government will seek a secured bond. The warrant should be returned before a U.S. Magistrate Judge.