AO 442 (Rev. 12/85) Warrant for Arrest

## UNITED STATE DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.

ANDREW HOWELL

WARRANT FOR ARREST

CRIMINAL CASE: 2:10-CR-8-3 (3)


RECEIVED APR 1 _ 2010 U.S. Marshals Service, EDNC

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

_____ and he/she shall be brought before the nearest Magistrate/Judge to answer an

**X** Indictment _____ Superseding Indictment _____ Criminal Information __ Complaint

_____ **Order of Court:** ___ **Violation Notice** ___ **Probation Violation Petition** charging him/her with violation of ____ United States Code, Section:

Count 1 - Conspiracy to violate firearms laws - 18 U.S.C. § 371
Count 14 - Obstruction of Justice; Aiding and abetting same - 18 U.S.C. § 1512(b)(2)(B) & 2
Count 15 - Obstruction of Justice; Aiding and abetting same - 18 U.S.C. § 1519 & 2

**FILED**

APR 2 2 2010

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Dennis P. Iavarone
Name of Issuing Officer

Keal E. Crews / Keal E. Crews
Signature of Issuing Officer

Clerk of Court
Title of Issuing Officer

April 16, 2010 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: **DETENTION**

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 04-21-2010 | Tim Graden, ATF | By Karen U. Thomas USMS, E/NC |