AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATE DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### NORTHERN DIVISION

**UNITED STATES OF AMERICA**

VS.

**GARY JACKSON**

WARRANT FOR ARREST

CRIMINAL CASE: 2:10-CR-8-1 (3)

RECEIVED APR 1 2010 U.S. Marshals Service, EDNC

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

_____ and he/she shall be brought before the nearest Magistrate/Judge to answer an

**X** Indictment \_\_\_\_\_ Superseding Indictment \_\_\_\_\_ Criminal Information \_\_\_ Complaint

\_\_\_\_ Order of Court: \_\_\_ Violation Notice \_\_\_ Probation Violation Petition charging him/her with violation of \_\_\_ United States Code, Section:

Count 1 - Conspiracy to violate firearms laws - 18 U.S.C. § 371
Count 2-6 - False statements and representation on federally licensed firearms dealers' records; Aiding and abetting same - 18 U.S.C. § 924(a)(1)(A) & 2
Count 7-9 - Possession of machine gun; Aiding and abetting same - 18 U.S.C. § 922(o)(1) & 2
Count 10-13 - Possession of a firearm not registered in the National Firearms and Registration and Transfer Record; Aiding and abetting same - 26 U.S.C. § 5861(d) & 18 U.S.C. § 2

FILED APR 2 2 2010 DENNIS P. IAVARONE, CLERK US DISTRICT COURT, EDNC BY \_\_\_\_ DEP CLK

| Name of Issuing Officer | Title of Issuing Officer |
|---|---|
| Dennis P. Iavarone | Clerk of Court |
| Signature of Issuing Officer: Keal E. Crews | Date and Location: April 16, 2010 - RALEIGH, NORTH CAROLINA |

Recommended Bond: **DETENTION**

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
| DATE OF ARREST 04-27-2010 | Tim Graden, ATF | By Karen U. Thomas, USMS, E/NC |