IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:10-CR-8-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| GARY JACKSON, | ) | CONSENT MOTION FOR |
| WILLIAM WHEELER MATHEWS, JR., | ) | STATUS CONFERENCE AND |
| ANDREW HOWELL, | ) | TO TERMINATE CURRENT |
| RONALD SLEZAK, | ) | SCHEDULING ORDER |
| ANA BUNDY, | ) | |
| | ) | |
| Defendants. | ) | |

The United States, by and through the United States Attorney for the Eastern District of North Carolina, hereby files this motion for a status conference and to terminate the current scheduling order with the consent of all parties.[1]

On April 26, 2010, the Court entered a scheduling order (D.E. # 31) in this matter setting the following deadlines:

1. Arraignment set for the 6/1/2010 term in New Bern, North Carolina

2. Mandatory pre-trial conference on or before 5/12/2010.

3. Motions due by 5/26/2010

4. Response to Motions due by 5/28/2010.

Due to the complex nature of this case, the parties agree that

---

[1] Although counsel for Defendant Slezak and Defendant Bundy have not yet entered notices of appearance, they were consulted and consented to this motion. They have been provided a copy of this motion via email.

1

the above deadlines are not feasible.  The parties therefore respectfully move for an order (1) terminating the current scheduling order and its deadlines and (2) setting a status conference wherein the parties and the Court can discuss an amended scheduling order.  The parties have conferred and all counsel would be available to appear for an in-person conference on June 7, 2010.  In the alternative, all counsel are available for a telephonic conference anytime the week of June 7, 2010, save for the morning of June 9, 2010.

Finally, due to the complex nature of this case, the defendants consent to the suspension of the running of time for purposes of the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

Respectfully submitted this 10th day of May, 2010.

<pre>
                              GEORGE HOLDING
                              United States Attorney

                         By:  /s/ John S. Bowler
                              JOHN S. BOWLER
                              Assistant U.S. Attorney
                              310 New Bern Avenue, Suite 800
                              Raleigh, NC 27601
                              Telephone: 919-856-4530
                              Fax: 919-856-4487
                              Email: john.s.bowler@usdoj.gov
                              State Bar No. 18825

                              /s/ Jason H. Cowley
                              JASON H. COWLEY
                              Assistant U.S. Attorney
                              310 New Bern Avenue, Suite 800
                              Raleigh, NC 27601
                              Telephone: 919-856-4530
                              Fax: 919-856-4487
                              E-mail: Jason.Cowley@usdoj.gov
                              State Bar No. 32636
</pre>

CERTIFICATE OF SERVICE

This is to certify that I have this 10th day of May, 2010, served a copy of the foregoing upon counsel for the defendants in this action by electronically filing the foregoing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to:

**Defendant Jackson:**

Kenneth D. Bell
McGuire Woods LLP
100 North Tryon Street
Suite 2900
Bank of America Corporate Center
Charlotte , NC 28202-4011

**Defendant Matthews:**

James R. Sweeney
Jason R. Barclay
Larry A. Mackey
Barnes & Thornburg LLP
11 South Meridian St.
Indianapolis , IN 46204

Myron T. Hill , Jr.
Browning & Hill
200 E. Fourth St.
Greenville , NC 27835

**Defendant Howell:**

Stephen W. Petersen
Smith Moore Leatherwood LLP
P. O. Box 27525
Raleigh , NC 27611

**Defendant Slezak:**

Patrick M. Woodward
Woodward Law Group
1783 Forest Drive #330
Annapolis, MD 21401
pwoodward@woodwardlawgroup.com
(Served via email)

**Defendant Bundy:**

Gregory L. Poe
Law Offices of Gregory L. Poe PLLC
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
gpoe@gpoelaw.com
(Served via email)

4