

FILED IN OPEN COURT
ON 2/21/13 SWT
Julie A. Richards, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:10-CR-8-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL INFORMATION |
| | ) | |
| GARY JACKSON | ) | |

The United States Attorney charges that:

In or about and between 2005 and 2007, within the Eastern District of North Carolina, and elsewhere, the defendant, GARY JACKSON, being an employee of a corporate entity which was a licensed federal firearms manufacturer and dealer, and whose responsibilities for a certain period of time included direct or indirect supervisory authority over employees whose duties included the making and maintenance of records required by Title 18, United States Code, Section 923(g)(1)(A), and regulations promulgated thereunder, relative to the manufacture, acquisition, and disposition of firearms, did knowingly fail to make and maintain appropriate and required records relative to firearms possessed by such corporate entity, that is, the defendant failed to make and maintain or cause to be made and maintained adequate records specifying the actual location where firearms were stored or kept on BW/Xe's primary premises, specifically the place of business shown on the corporate

entity's special (occupational) tax stamp, and failed to make and maintain or cause to be made and maintained required records with respect to registration of certain firearms, such failure to maintain records included a number of short-barrel rifles manufactured by BW/Xe and did aid and abet others in doing so, all in violation of Title 18, United States Code, Sections 922(m), 923(g)(1)(A), and 2, and Title 27, Code of Federal Regulations, Chapter II, Parts 478.121(c), 479.131.

THOMAS G. WALKER
United States Attorney

/s/ Bowler

JOHN S. BOWLER
Assistant United States Attorney
Criminal Division

/s/ Bowler
   for

ERIC D. GOULIAN
Assistant United States Attorney
Criminal Division